IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRISTINA MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:15-CV-00900-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| IMC CREDIT SERVICES, INC. d/b/a | ) | |
| STATEWIDE CREDIT ASSOCIATION, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Plaintiff, Kristina Martinez, by counsel and Defendant, IMC Credit Services, Inc. d/b/a Statewide Credit Association, Inc., by counsel, having filed with this Court their Joint Motion to Dismiss With Prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 1/20/16

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Peter A. Velde
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Email: pvelde@k-glaw.com

David P. Leibowitz
Allen Chern Law LLC
79 West Monroe Street, 5th Floor
Chicago, IL 60603
Email: dleibowitz@uprightlaw.com